UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:14-MJ-2032

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRIDGETT M. ANGNIANOSANCHEZ | ) | |

1. The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to amend the Criminal Information and Penalty Sheet in the above captioned matter. The government also proposes to submit a Superseding Criminal Information in conjunction with the Amended Criminal Information.

2. Defendant having filed no opposition and after due consideration, the Court hereby GRANTS the government's motion. The government shall have ten (10) days from the date of this order to file its Superseding Amended Criminal Information and amended penalty sheet.

So ORDERED this 27th day of December 2016.

KIMBERLY A. SWANK
United States Magistrate Judge